United States District Court

Northern District of California

MARTIN J. BIBBS,

        Plaintiff,

v.

JOHN WALKENHORST, et al.,

        Defendants.

Case No.: C 12-2197 CW (PR)

JUDGMENT

In accordance with the Court's Order of Dismissal, a judgment of dismissal with prejudice is entered. Plaintiff shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 12/6/2012

                          CLAUDIA WILKEN
                          UNITED STATES DISTRICT JUDGE