IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. BIBBS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN WALKENHORST, RENEE WALKENHORST and WALKENHORST'S VENDOR,<br><br>    Defendants. | Case No.: C 12-2197 CW (PR)<br><br>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME |

   Plaintiff, a state prisoner incarcerated at Pelican Bay State Prison (PBSP), has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by Defendants who are alleged to be in contract with PBSP. Defendants John Walkenhorst and Walkenhorst's, Inc. request an extension of time in which to file a motion for summary judgment.

   Good cause appearing, the motion is granted.  Defendants shall file their motion for summary judgment by December 4, 2013.

   IT IS SO ORDERED.

Dated: 10/7/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE