AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Martin J. Bibbs

Plaintiff (s),

V.

John Walkenhorst, et al.

Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER:   CV 12-2197 CW (PR)

Notice is hereby given that, subject to approval by the court,   ___Defendants___ substitutes

(Party (s) Name)

___Steven C. Wolan; Clariza C. Garcia___, State Bar No.   ___56237; 189918___ as counsel of record in

(Name of New Attorney)

place of   ___Paul M. Hoff, Zeller, Hoff & Zeller, Inc.___

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Patton ✦ Wolan ✦ Carlise, LLP |
| Address: | 1999 Harrison Street, Suite 1350, Oakland, CA 94612 |
| Telephone: | (510) 987-7500          Facsimile  (510) 987-7575 |
| E-Mail (Optional): | swolan@pwc-law.com; cgarcia@pwc-law.com |

I consent to the above substitution.

Date:   _9/ 17/ 13_

_(Signature of Party (s))_

I consent to being substituted.

Date:   _9-17-13_

PAUL M. HOFF
_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date:   _9-17-13_

_(Signature of New Attorney)_
STEVEN C. WOLAN

The substitution of attorney is hereby approved and so ORDERED.

Date:   10/7/2013

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## PROOF OF SERVICE

I, Michele L. Stater, declare:

I am employed in the County of Alameda, California.  I am over the age of 18 years and not a party to the within-entitled cause; my business address is the law firm of PATTON ♦ WOLAN ♦ CARLISE LLP, located at 1999 Harrison Street, Suite 1350, Oakland, California 94612.  On September 24, 2013, I caused to be served on the following parties:

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

__XX__   **(by mail)** on all parties in said action, in accordance with C.C.P.§1013, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At PATTON ♦ WOLAN ♦ CARLISE LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Oakland, California.

_____   **(by overnight delivery)** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) below.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

_____   **(by e-mail)** by causing to be personally delivered a true copy thereof to the person(s) and at the e-mail address(es) set forth below.

_____   **(by facsimile transmission)** by transmitting said document(s) from our office facsimile machine (510) 987-7575, to the facsimile machine number(s) shown below.  Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

Plaintiff, In Pro Se:

Martin J. Bibbs H-03951
D5-216
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95531

Previous Attorney for Defendants:

Paul M. Hoff
Zeller, Hoff & Zeller, Inc.
929 Randolph Street
Napa, CA  94559
Tel:  707-252-6633
Fax:  707-252-9204
Email:  phoff@zhzlaw.com

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and that this Declaration was executed on September 24, 2013 at Oakland, California.

Michele L. Stater

1