IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. BIBBS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN WALKENHORST, RENEE WALKENHORST and WALKENHORST'S VENDOR,<br><br>    Defendants. | Case No.: C 12-2197 CW (PR)<br><br>ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST DECEASED DEFENDANT AND TRANSFERRING CASE TO MAGISTRATE JUDGE<br><br>Doc. no. 28 |

    Plaintiff, a state prisoner incarcerated at Pelican Bay State Prison (PBSP), has filed a _pro se_ civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by Defendants who are alleged to be in contract with PBSP. Plaintiff now moves to dismiss his claims against deceased Defendant Renee Walkenhorst. Good cause appearing, the motion is GRANTED. All claims against Renee Walkenhorst are dismissed.

    Because all parties now have consented to have a United States Magistrate Judge conduct all further proceedings in this case, (doc. nos. 17 and 18), the Clerk of the Court shall transfer this case to a Magistrate Judge.

    This Order terminates docket number 28.

    IT IS SO ORDERED.

Dated: 10/9/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE